## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BAXTER-HORTON v. DOLLAR TREE STORES, INC.          Case No.: 18cv2603 LAB(RBB)
                                                    Time Spent:

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
|  |  |
|  |  |
|  |  |

PROCEEDINGS:        ☐ In Chambers          ☐ In Court          ☐ Telephonic

On January 3, 2019, Plaintiff filed an Application for Telephonic Appearance at the Early Neutral Evaluation Conference ("ENE") scheduled for January 9, 2019 [ECF No. 7]. Defendant filed an opposition to Plaintiff's application on January 4, 2019 [ECF No. 8]. The Notice and Order Setting Early Neutral Evaluation Conference, issued on November 15, 2018, requires all parties to personally attend the ENE. Plaintiff's application fails to establish good cause for Plaintiff to be excused from personally appearing at the ENE. Although Plaintiff claims she is unable to drive, she has been on notice of the ENE for seven weeks and should be able to make arrangements for alternate transportation. Accordingly, Plaintiff's application is DENIED.

DATE: January 7, 2019          IT IS SO ORDERED:     *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge

cc: Judge Burns
    All Parties of Record