# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BAXTER-HORTON v. DOLLAR TREE STORES, INC.  Case No.: 18cv2603 LAB(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. _____

Attorneys

Plaintiffs                                            Defendants

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☐ Telephonic

On August 14, 2019, Plaintiff filed an application for telephonic appearance at the settlement conference scheduled for September 10, 2019 [ECF No. 22]. Defendant filed an opposition on August 20, 2019 [ECF No. 23].

Plaintiff's application to appear by telephone at the settlement conference due to the expense associated with travel to San Diego does not establish good cause for Plaintiff to be excused from personally attending the conference. The Court has previously made clear that it expects Plaintiff to personally attend in-person conferences set by the Court. See, e.g., Mins., July 9, 2019, ECF No. 16 (requiring all parties and counsel to be present at settlement conference); Mins., Jan. 7, 2019, ECF No. 9 (denying Plaintiff's application for telephonic appearance at early neutral evaluation conference). Plaintiff's request to appear by telephone at the settlement conference is accordingly **DENIED**.

However, the application sets forth good cause to continue the settlement conference to a later date due to the impending birth of Plaintiff's grandchild. Accordingly, the in-person settlement conference set for September 10, 2019 is continued to **October 9, 2019**, at **10:00 a.m.** in Magistrate Judge Brooks's chambers, 333 West Broadway, Suite 1080, San Diego, California. All parties and counsel shall be present at the conference. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate. Settlement conference briefs shall be submitted to Magistrate Judge Brooks's chambers on or before **October 2, 2019**.

Additionally, a telephonic attorneys-only settlement conference is set for **September 24, 2019**, at **8:30 a.m.** Counsel for Plaintiff is to initiate the call.

DATE: August 21, 2019        IT IS SO ORDERED:    _Ruben Brooks_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Burns
    All Parties of Record