# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BAXTER-HORTON,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case No.: 18cv2603-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

On September 23, the parties filed a stipulation for dismissal. The Court issued an order (Docket no. 23) proposing to construe the stipulation as a joint motion to dismiss the action with prejudice. The parties have not objected to this, and the Court construes the stipulation as proposed. So construed, the motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees. The Court does not retain jurisdiction to interpret or enforce the settlement agreement.

**IT IS SO ORDERED**.

Dated: September 27, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge